_____

No. 96-2101SD

_____

United States of America,        *
                                 *
            Appellee,            *
                                 *      Appeal from the United States
      v.                         *      District Court for the District
                                 *      of South Dakota.
Roderick A. Dupris, also known   *
as Roderick A. Chips,            *              [UNPUBLISHED]
                                 *
            Appellant.           *

_____

Submitted:  September 19, 1996

Filed:  September 24, 1996

_____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

    While on supervised release the second time, Roderick A. Dupris
violated the terms of his release.  The district court revoked Dupris's
supervised release and imposed a 21-month prison term.  Having considered
the record and the briefs, we conclude the district court correctly
sentenced Dupris.  Because Dupris's appeal lacks merit, we affirm without
further discussion.  See 8th Cir. R. 47B.

    A true copy.

        Attest:


        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.